AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California



FILED
SEP 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America<br>v.<br>James Heyward Silcox III<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3 19 71534 JCS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 11, Aug. 28, & Sept. 13, 2019  in the county of  Alameda  in the
Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952(a) | Importation of Controlled Substances - Schedule IV Narcotics (three counts)<br><br>Penalties (per count):  Maximum 5 years' imprisonment, minimum 1 year and maximum lifetime of supervised release; maximum $250,000 fine; $100 special assessment |

This criminal complaint is based on these facts:

See affidavit of HSI Special Agent Patrick Thomas, attached hereto and incorporated by reference

☑ Continued on the attached sheet.

Approved as to form  /s/  
AUSA Sarah Griswold

_____  
*Complainant's signature*

Patrick Thomas, Special Agent, HSI  
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 18, 2019

_____  
*Judge's signature*

City and state:  San Francisco, CA                Hon. John Jelderks, U.S. Magistrate Judge  
*Printed name and title*

## AFFIDAVIT OF PATRICK THOMAS

I, PATRICK THOMAS, hereby duly sworn, declare and state:

### I. INTRODUCTION

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I make this affidavit in support of a Criminal Complaint charging **James Heyward SILCOX III**, with three counts of illegal importation of a controlled substance in violation of 21 U.S.C. § 952(a), specifically the Schedule IV narcotic Tramadol.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint.

4. In addition, where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

### II. AGENT BACKGROUND

5. I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as an HSI Special Agent since July 2017, and am currently assigned to the High Intensity Drug Trafficking Area – Transnational Narcotics Team. I am currently assigned to the office of the Special Agent in Charge, San Francisco, California. My prior experience includes having been a United States Border Patrol Agent from June 2014 to July 2017, and a Task Force Officer for the Border Enforcement Security Task Force with the HSI Resident Agent in Charge Office in Alpine, TX.

6. During the course of my career with HSI, I have interviewed individuals, including drug dealers, drug users, and knowledgeable confidential informants about their lifestyles, appearances, and habits. I have become familiar with the manner in which drug dealers use telephones, cellular telephone technology, wireless messaging, digital photography, internet social networking, intentionally vague language, coded communications and slang-filled conversations, false and fictitious identities, and other means to facilitate their illegal activities and to thwart law enforcement investigations.

7. I have received formal training at the Federal Law Enforcement Training Center in Glynco, Georgia. During this six-month course, I received several hundred hours of instruction in law enforcement investigations, including the identification, use, packaging and sales of controlled substances. I have also received training related to gang and narcotics

1

investigations, including many that provided instruction on drug trafficking methods, money laundering methods, and techniques for investigating those crimes. Throughout my law enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

8.      I have also participated in surveillance of drug dealers. During surveillance, I have personally observed narcotics transactions, counter-surveillance techniques, and the ways in which drug dealers conduct clandestine meetings. I have also participated in investigations that involved the interception of wire communications, and I have been directly involved in the review and deciphering of intercepted coded conversations between drug dealers and gang members that were later corroborated by surveillance or by defendants' statements.

9.      I have also had discussions with other law enforcement officers and cooperating individuals about gang investigations. In addition, during the course of my career, I have gained knowledge and expertise in the utilization of pen register and trap and trace devices; telephone toll analysis; the analysis of traditional types of records, including financial records, telephone records, and utility records. I have also gained knowledge and expertise of the methods used by criminal street gangs obtained through my training and by the methods detailed above.

### III. APPLICABLE LAWS

10.     Title 21, United States Code, Section 952 makes it unlawful for any person to knowingly import or bring into the United States any controlled substance from a territory outside of the United States. Tramadol is a Schedule IV controlled substance.

### IV. STATEMENT OF PROBABLE CAUSE

#### Count 1:  Importation of Package on or about July 11, 2019

11.     On or about July 11, 2019, Customs and Border Protection (CBP) Officers assigned to the JFK International Air Mail Facility inspected a package inbound to the United States from Delta Shipping of Singapore, a repeat seizure violator identified with over 300 seizures of narcotics. CBP Officers discovered approximately 865 grams of Tramadol, a Schedule IV controlled substance and narcotic, inside the package. The package was addressed to Jim SICOX, a variation of **SILCOX**'s name, at a P.O. Box in Alameda, CA (P.O. Box 1).

12.     A U.S. Postal Inspector provided me with the application for P.O. Box 1. The application shows that the authorized user of the box is **James Heyward SILCOX III**, a Commander of the United States Coast Guard stationed at Coast Guard Island in Alameda, CA. Import history research and records checks linked **SILCOX** to at least eight (8) seizures of narcotics inbound to the United States from Germany and Singapore. The seizures have included Tramadol, Modafinil, and Cocaine, and were all bound to various United States Post Office Boxes around the San Francisco Bay Area. The names of the intended recipients of these packages are all variations of **SILCOX**'s true name (*i.e.*, Heyward WILCOX, Jim SICOX, and James SILOX), however, the applications used to obtain these P.O. boxes all list **SILCOX** as the sole user of the P.O. box. The forms of identification used to obtain the P.O. boxes were **SILCOX**'s current driver's license and his military issued benefits number. SILCOX's prior

2

residence in Alameda, CA, was listed as the home address for the P.O. box applications, and **SILCOX**'s phone number was listed as the contact information on the P.O. box applications.

### Count 2: Importation of Package on or about August 28, 2019

13.     On or about August 28, 2019, CBP Officers assigned to the San Francisco Air Mail Facility intercepted a package inbound to the United States from Germany. According to CBP, the package contained 650 200 milligram tablets of Tramadol. The package was addressed to James SILOX at a second P.O. Box in Alameda, CA (P.O. Box 2). The application for that post office box listed **SILCOX** as the user, **SILCOX**'s prior residence in Alameda as the residential address, **SILCOX**'s Coast Guard email address and phone number as contact information, and **SILCOX**'s driver's license and U.S. Coast Guard identification as the forms of identification.

14.     On August 28, 2019, at approximately 3:00 p.m., a U.S. Postal Inspector contacted the employees at the Post Office for the package. Postal employees informed the Inspector that P.O. Box 2 is currently being rented by an individual with the last name **SILCOX**. An employee stated that **SILCOX** checks his mail every few weeks, receives packages on a regular basis, and described **SILCOX** as a Caucasian male, approximately 34 years old, with short dark brown hair, a skinny build, approximately 5'10 or 5'11, and usually wearing a dark blue military uniform bearing the name **SILCOX**. I have seen SILCOX, and he matches this description with the exception that SILCOX is actually 41 years old. The same Postal employee stated that the employee previously saw **SILCOX** at the Coast Guard Island Post Office in Alameda, CA.

15.     On September 16, 2019, I and other Special Agents of HSI, the U.S. Postal Inspection Service, the Department of Homeland Security Office of Inspector General (DHS OIG), and the Coast Guard Investigation Service (CGIS) conducted a controlled delivery of the package containing a substitute material to **SILCOX**'s P.O. Box 2 in Alameda, CA. The package for the controlled delivery was the original packaging material and label as when it was seized by CBP Officers on August 28, 2019. At approximately 12:51 p.m., **SILCOX**, identified by photograph by the Special Agents on site, arrived at the Post Office. **SILCOX** went inside the Post Office, where he removed a slip from P.O. Box 2 indicating a parcel was waiting for him at the front counter. **SILCOX** then retrieved the package containing the substitute material from the employee at the counter and returned to his vehicle. After depositing the package in his vehicle, **SILCOX** returned to the Post Office and questioned the employee at the counter about a second package that he had been expecting. After the employee stated there was no second package, **SILCOX** departed the area.

### Count 3: Importation of Package on or about September 13, 2019

16.     On September 13, 2019, CBP Officers assigned to the San Francisco Air Mail Facility intercepted a package inbound to the United States from Singapore. According to CBP, the package contained 458 grams of Tramadol in tablet form. The package was addressed to James SILOX at P.O. Box 2.

3

### Post-Arrest Statement and Search

17.     On September 17, 2019, **SILCOX** arrived at the parking lot Coast Guard Island on his way to work. A CGIS Special Agent and I walked up to **SILCOX** as he was getting out of his vehicle, and the CGIS Special Agent told **SILCOX** to come with us to the CGIS office. After the three of us arrived at the CGIS office, at approximately 8:30 a.m., I conducted a post-*Miranda* interview with **SILCOX**. **SILCOX** stated that he began purchasing Tramadol approximately two years ago online from an unknown individual whom **SILCOX** believes to be located in Singapore.

18.     During the course of the interview, **SILCOX** gave consent for HSI Special Agents to search his vehicle. Special Agents discovered additional Tramadol pills l and the substitute material from the package **SILCOX** picked up on September 16, 2019.

### V. CONCLUSION

19.     Based on the foregoing, I hereby assert that probable cause exists to believe that **SILCOX** is in violation of 21 U.S.C. § 952(a) (Counts 1, 2, and 3).

_____
PATRICK THOMAS
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this __18__ day of September, 2019

_____
HON. JOHN JELDERKS
UNITED STATES MAGISTRATE JUDGE

4