1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  SARAH E. GRISWOLD (CABN 240326)
   Assistant United States Attorney

5

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5061

7     FAX: (408) 535-5081
      sarah.griswold@usdoj.gov

8

   Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                   NORTHERN DISTRICT OF CALIFORNIA

11

                         OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA,            )   Case No. 4:19-cr-491-JST
                                         )
14        Plaintiff,                     )   UNITED STATES' MEMORANDUM IN
                                         )   ADVANCE OF CONTINUED ATTORNEY
15     v.                                )   APPOINTMENT HEARING
                                         )
16  JAMES HEYWARD SILCOX III,            )
                                         )
17        Defendant.                     )
                                         )
18                                       )
                                         )
19

20        The United States submits this memorandum in advance of the continued attorney appointment

21   hearing scheduled for September 30, 2019.

22        On September 26, 2019, the court held an attorney appointment hearing in this matter. At the

23   prior hearing, the defense contended that James Silcox could not afford to pay for an attorney because he

24   and his wife have other expenses, including constructing a retirement home in Miami, Florida, and

25   putting money into their children's college funds. That a defendant would rather not spend his money

26   an attorney does not mean he is "financially unable" to obtain counsel. *Cf.* 18 U.S.C. § 3006A(a). The

27   court continued the hearing and requested that the government provide specific income information

28   from the defendant's employer. Pursuant to that request, the United States submits this memorandum.

The Coast Guard Investigative Service (CGIS) has confirmed the monthly incomes of James Silcox and his wife, Emma Silcox. Payments are made twice a month. The statements of semi-monthly income for the time periods September 1 through 15, 2019, and September 16 through 30, 2019, for James Silcox show that after taxes and other deductions he takes home $11,559.54 each month. (Ex. 1.) The pay statements for Emma Silcox for the same time periods show that after taxes and other deductions she takes home $13,165.74 each month. (Ex. 2.) Thus, the Silcoxes' monthly take-home pay is $24,725.28, and their overall annual take-home pay is nearly $300,000.

DATED: September 27, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Sarah E. Griswold
SARAH E. GRISWOLD
Assistant United States Attorney