| U.S Department of Homeland Security<br>U.S. Coast Guard<br>CG-5209-ACT (Rev 01/2015) | United States Coast Guard / NOAA<br>Active and Reserve<br>Statement of Semi-Monthly Income | | |
|---|---|---|---|
| COMMANDING OFFICER (CCB)<br>COAST GUARD PPC<br>444 SE QUINCY ST<br>TOPEKA, KS 66683-3591 PHONE 1-866-772-8724 | Pay Group: USCG Active Duty<br>Pay Begin Date: 2019-09-01<br>Pay End Date: 2019-09-15 | Member DOB: 1978<br>Spouse DOB: 1977<br>Youngest Child DOB: 2015 | |

| | | TAX DATA: | Federal | FL State |
|---|---|---|---|---|
| EMMA SILCOX<br>ALAMEDA CA | Employee ID:<br>Rank: CDR<br>Pay Grade: O5<br>Department: OL-ALAMEDA CA<br>Retirement Plan: Legacy | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>1<br>0<br>0 | N<br>1<br>0<br>0 |

### EARNINGS

| Description | Current |
|---|---|
| BAH WITH DEP | 2728.50 |
| BAS - OFF | 127.20 |
| BASIC PAY | 4499.25 |
| CONUS COLA W DEP | 142.50 |
| TOTAL: | 7497.45 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| FICA | 344.19 | 5851.28 |
| FITW | 529.39 | 9082.82 |
| TOTAL: | 873.58 | 14934.10 |

### DEDUCTIONS

| Description | Current |
|---|---|
| FSGLI 10 | 3.50 |
| SGLI 8 | 12.00 |
| TRICARE DEP | 15.00 |
| TSGLI | 0.50 |
| TOTAL: | 31.00 |

### ALLOTMENTS

| Description | Current |
|---|---|
| MA DONATION | 10.00 |
| TOTAL: | 10.00 |

| | OASDI WAGES | MEDICARE WAGES | FED TAXABLE GROSS | STATE TAXABLE GROSS | NET PAY |
|---|---|---|---|---|---|
| Current | 4499.25 | 4499.25 | 4641.75 | 0.00 | 6582.87 |
| YTD | 76487.25 | 76487.25 | 79287.85 | 0.00 | 112171.71 |

### LEAVE SUMMARY

| | |
|---|---|
| Begin Regular Leave Balance | 46.5 |
| + Regular Leave Earned | 0.0 |
| - Regular Leave Used | 0.0 |
| - Regular Leave Lost | 0.0 |
| - Regular Leave Sold | 0.0 |
| End Regular Leave Balance | 46.5 |
| End Reserve Leave Balance | 0.0 |
| End Combat Exempt Balance | 0.0 |
| End Special Leave Carryover Balance | 0.0 |
| Regular Leave Sold (Career-to-date) | 60.0 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******7647 | 6582.87 |
| TOTAL: | | 6582.87 |

** Pay records are computer matched with other federal government and benefit records for debt purposes. **

REMARKS:
--CGMA IS READY TO HELP, RELEVANT TO THE NEED AND RESPONSIVE IN ANY SITUATION. BE A LIFELINE TO YOUR FELLOW SHIPMATES FACING TOUGH SITUATIONS - GIVE DURING THE COAST GUARD MUTUAL ASSISTANCE ANNUAL CAMPAIGN. USE CGMA PLEDGE FORM TO PROCESS YOUR DONATION OR ALLOTMENT INCREASE AND RETURN IT TO YOUR CGMA KEY WORKER. DON'T SET IT AND FORGET IT. DONATIONS ARE TAX DEDUCTIBLE..--

[Type text]     [Type text]     [Type text]

| U.S Department of Homeland Security<br>U.S. Coast Guard<br>CG-5209-ACT (Rev 01/2015) | United States Coast Guard / NOAA<br>Active and Reserve<br>Statement of Semi-Monthly Income | | |
|---|---|---|---|
| COMMANDING OFFICER (CCB)<br>COAST GUARD PPC<br>444 SE QUINCY ST<br>TOPEKA, KS 66683-3591 PHONE 1-866-772-8724 | Pay Group:        USCG Active Duty<br>Pay Begin Date:   2019-09-16<br>Pay End Date:     2019-09-30 | Member DOB:          1978-<br>Spouse DOB:           1977-<br>Youngest Child DOB:   2015- | |

| | | TAX DATA: | Federal | FL State |
|---|---|---|---|---|
| EMMA SILCOX<br>ALAMEDA CA | Employee ID:<br>Rank:             CDR<br>Pay Grade:        O5<br>Department:       OL-ALAMEDA CA<br>Retirement Plan:  Legacy | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>1<br>0<br>0 | N<br>1<br>0<br>0 |

### EARNINGS

| Description | Current |
|---|---|
| BAH WITH DEP | 2728.50 |
| BAS - OFF | 127.19 |
| BASIC PAY | 4499.25 |
| CONUS COLA W DEP | 142.50 |
| **TOTAL:** | **7497.44** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| FICA | 344.18 | 6195.46 |
| FITW | 529.39 | 9612.21 |
| **TOTAL:** | **873.57** | **15807.67** |

### DEDUCTIONS

| Description | Current |
|---|---|
| FSGLI 10 | 3.50 |
| SGLI 8 | 12.00 |
| TRICARE DEP | 15.00 |
| TSGLI | 0.50 |
| **TOTAL:** | **31.00** |

### ALLOTMENTS

| Description | Current |
|---|---|
| MA DONATION | 10.00 |
| **TOTAL:** | **10.00** |

| | OASDI WAGES | MEDICARE WAGES | FED TAXABLE GROSS | STATE TAXABLE GROSS | NET PAY |
|---|---|---|---|---|---|
| Current | 4499.25 | 4499.25 | 4641.75 | 0.00 | 6582.87 |
| YTD | 80986.50 | 80986.50 | 83929.60 | 0.00 | 118754.58 |

### LEAVE SUMMARY

| | |
|---|---|
| Begin Regular Leave Balance | 46.5 |
| + Regular Leave Earned | 2.5 |
| - Regular Leave Used | 0.0 |
| - Regular Leave Lost | 0.0 |
| - Regular Leave Sold | 0.0 |
| End Regular Leave Balance | 49.0 |
| End Reserve Leave Balance | 0.0 |
| End Combat Exempt Balance | 0.0 |
| End Special Leave Carryover Balance | 0.0 |
| Regular Leave Sold (Career-to-date) | 60.0 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******7647 | 6582.87 |
| **TOTAL:** | | **6582.87** |

** Pay records are computer matched with other federal government and benefit records for debt purposes. **

REMARKS:
--CGMA IS READY TO HELP, RELEVANT TO THE NEED AND RESPONSIVE IN ANY SITUATION. BE A LIFELINE TO YOUR FELLOW SHIPMATES FACING TOUGH SITUATIONS - GIVE DURING THE COAST GUARD MUTUAL ASSISTANCE ANNUAL CAMPAIGN. USE CGMA PLEDGE FORM TO PROCESS YOUR DONATION OR ALLOTMENT INCREASE AND RETURN IT TO YOUR CGMA KEY WORKER. DON'T SET IT AND FORGET IT. DONATIONS ARE TAX DEDUCTIBLE..--