Michael Levinsohn, SBN: 146492
Of Counsel, Silver Law Firm
330 2nd St., Suite 204
Oakland, CA 94607
Cell: (310) 420-9081
michael@esilverlaw.com

Attorney for Defendant, James Hayward Silcox

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HAYWARD SILCOX<br><br>Defendant | CASE NO: 4:19-cr-00491-JST-1<br><br>**DEFENDANT'S SUBMISSION IN ADVANCE OF CHANGE OF PLEA HEARING** |

## INTRODUCTION

Defendant James Heyward Silcox will enter a plea of Guilty or No Contest to the charge against him United States Code 21:952(a) and 960(b)(6): Importation of Schedule IV Narcotic Drug, on the date to which this matter is continued. Defendant Silcox intends to enter a plea, but is not in a position to waive his right to appear in person for that plea, after consultation with counsel, and therefore will request that the matter be continued for that plea.

Dated: May 11, 2020

Respectfully Submitted,

*[signature]*

Michael Levinsohn, Of Counsel
Silver Law Firm
Attorneys for James Hayward Silcox

## Statement of Facts

Defendant Silcox, in person before the Court, will admit the elements of the charge: that he unlawfully imported a Schedule IV narcotic. The potential penalties for this offense are a term of imprisonment of not more than 5 years, a fine not to exceed the greater of that authorized in accordance with the provisions of title 18 or $250,000. The defendant intends to present a positive case to the Court for Diversion, and in the alternative, for a term of probation that does not include

Date: 5-14-2020

Michael Levinsohn, Of Counsel,
Silver Law Firm
Attorneys for Timothy Melchior

## Declaration of Counsel

I, Michael Levinsohn, declare as follows:

1. I am of counsel to Silver Law Firm on the matter of US v. James Hayward Silcox.
2. I have discussed with Mr. Silcox the pros and cons entering a plea in person in court, and he has elected to plea in person to the Court.
3. Silcox has been in compliance with all elements of his release, and will continue to do so.
4. The stipulation to a new date for plea has been agreed upon by AUSA Griswold.

I declare under penalty of perjury the foregoing is true under the laws of California to the best of my knowledge.

Signed: 5/41- 2020

Signed: _____
Michael Levinsohn
Of Counsel, Silver Law Firm
Attorneys for James Hayward Silcox