**Michael Levinsohn, SBN: 146492**
Law Offices of Michael Levinsohn
1370 Trancas St., #765
Napa, CA 94558
Cell: (310) 420-9081
mylawyermichaellevinsohn@gmail.com

Attorney for Defendant, James Hayward Silcox

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HAYWARD SILCOX<br><br>Defendant | **CASE NO: 4:19-cr-00491-JST-1**<br><br>**Request for Order and Order for release of police report.** |

James Silcox has offered an objection to at least one element of the probation and sentencing report, and has informed P.O. Karen Mar of this concern. Specifically, the report cites to the contents of a police report from an incident in Alameda County that did not result in charges being filed. Ms. Mar has advised that a court order is needed to for her to provide a copy of the report to counsel. Therefore, counsel respectfully requests an order for its release.

Dated: January 11, 2021                                    Respectfully Submitted,

                                                                            _____
                                                                            Michael Levinsohn, Of Counsel
                                                                            Attorneys for James Hayward Silcox

Attorney for Defendant, James Hayward Silcox

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES HAYWARD SILCOX<br><br>　　　　Defendant | **CASE NO: 4:19-cr-00491-JST-1**<br><br>**Order for release of police report.** |

　　　Good cause showing, it is hereby ordered that the police report for the Alameda County incident, referenced in the probation and sentencing report as Alameda Police Report No. 16-141 be released in its entirety to defense counsel. Defense counsel will then provide a copy to the AUSA.

Dated: _____　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　Judge of the District Court