**Michael Levinsohn, SBN: 146492**
Law Offices of Michael Levinsohn
1370 Trancas St., #765
Napa, CA 94558
Cell: (310) 420-9081
mylawyermichaellevinsohn@gmail.com

Attorney for Defendant, James Hayward Silcox

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JAMES HAYWARD SILCOX<br><br>        Defendant | **CASE NO: 4:19-cr-00491-JST-1**<br><br>**Joint Request and Stipulation to Continue Sentencing Order** |

**Statement of Facts**

     James Silcox has offered an objection to at least one element of the probation and sentencing report, and has informed P.O. Karen Mar of this concern. Specifically, the report cites to the contents of a police report from an incident in Alameda County that did not result in charges being filed. Ms. Mar has advised that a court order is needed to for her to provide a copy of the report to counsel.

Counsel for Silcox has requested a copy of the report, but is advised that the turnaround time is such that obtaining it, reviewing it, and responding, will require a continuance of the sentencing.

Dated: January 12, 2021

Respectfully Submitted,

_____//s//_____
Michael Levinsohn, Of Counsel
Attorney for James Hayward Silcox

_____//s//_____

S. Griswold, Asst. U.S. Attorney

Attorney for Defendant, James Hayward Silcox

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CASE NO: 4:19-cr-00491-JST-1** |
| vs. | |
| JAMES HAYWARD SILCOX | **Order to Continue Sentencing** |
| Defendant | |

    Good cause showing, it is hereby ordered that the sentencing hearing in this matter to April 23, 2021 at 9:00 a.m.

Dated: _____                                                             _____
                                                                                         Judge of the District Court