1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SARAH E. GRISWOLD (CABN 240326)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5081
        sarah.griswold@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,              ) CASE NO. 4:19-CR-491-JST
                                            )
14 |      Plaintiff,                        ) JOINT STIPULATION AND [PROPOSED] ORDER
                                            ) TO CONTINUE SENTENCING
15 |   v.                                   )
                                            )
16 | JAMES HEYWARD SILCOX III,              )
                                            )
17 |      Defendant.                        )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20

21                            JOINT STIPULATION

22      It is hereby stipulated between defendant James Heyward Silcox III, through his attorney of

23 record Michael Levinsohn, and the United States, through Assistant United States Attorney Sarah

24 Griswold, that the sentencing date of April 23, 2021, be continued to May 28, 2021 at 9:30 a.m., in order

25 to allow the defense additional time to prepare for sentencing. The defendant will waive an in-person

26

27

28
                                                     1
   JOINT STIP. & [PROP'D] ORDER TO CONTINUE
   4:19-cr-491-JST

1  appearance and agree to proceed by Zoom video conference. U.S. Probation Officer Karen Mar has
2  advised that she is also available May 28, 2021.

3
4                                                  Respectfully submitted,
5                                                  STEPHANIE M. HINDS
                                                   Acting United States Attorney
6
7  DATED: April 16, 2021                           _____/s/_____
                                                   SARAH E. GRISWOLD
8                                                  Assistant United States Attorney
9
10 DATED: April 16, 2021                           _____/s/_____
                                                   MICHAEL LEVINSOHN
11                                                 Counsel for James Heyward Silcox III

## ORDER

Based upon the representations made in the parties' stipulation above and for good cause shown, the COURT HEREBY ORDERS that the sentencing previously set for April 23, 2021, is continued to May 28, 2021, at 9:30 a.m.

DATED: April __, 2021

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE