**COAST GUARD INVESTIGATIVE SERVICE**
**PHOTOGRAPH TITLING LOG**



**1. OFFICE:**
CGIS Pacific Region

**2. TITLE:**
Handwritten sealed envelopes

**3. CSE:**
CS1908001611

**4. CONTROL AGENT'S NAME:**
S. Daugherty

**5. SUMMARY/DESCRIPTION:**
Two envelopes with handwritten addresses found in same cabinet as Priority Mail Envelope. Return address listed has no residence or business location attached to it.

**6. PHOTOGRAPHER/ DATE PHOTO TAKEN:**
S. Daugherty
09/28/20119

Print

PHOTOGRAPH

AR1908001614-0010             Page 2 of 8             Photograph Titling Log_Silcox Office

USA-000059

**YOUR RECENT TRAMADOL ORDER**

Hello,

I am the person who shipped you your Tramadol, after you ordered it from a crook in India (he would pay me to distribute his orders domestically). I recently found out that he is ripping American customers off, and left him.

I have Soma and Tramadol available if you are interested. I am American and will give you my personal info if you order from me – I could never get away with ripping you off even if I wanted to!

With me you do not have to bear the risk of your order clearing customs, or giving your credit card to some stranger in India over the internet!

I keep my customer base small on purpose, so I can provide the best personal service. My customers love me! Give me a shout if you're interested!

**A1 SERVICES**               @gmail.com

PS – On 4/30 India law changed the categories of Tramadol and Soma to controlled meds in that country, so it's even more critical that customers find domestic vendors. It is now harder and more expensive to stock.