STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SARA E. GRISWOLD (CABN 240326)
KAREN BEAUSEY (CABN 155258)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: 408.535.5061
   FAX: 408.535.5066
   sarah.griswold@usdoj.gov
   karen.beausey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0491 JST |
| Plaintiff, | **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE** |
| v. | |
| JAMES HEYWARD SILCOX, III, | |
| Defendant. | |

On May 28, 2021, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

   a.   One Inspiron laptop bearing serial number 8476976198; and

   b.   One Samsung Galaxy S9 bearing serial number 356420092733542,

pursuant to Title 21, United States Code, Section 853.

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on June 3, 2021, the United States published notice of the forfeiture action on www.forfeiture.gov, a government

website, for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law.  The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

The United States represents that no petitions have been filed.

Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to Title 21, United States Code, Section 853.

Dated: August 12, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Karen D. Beausey
Assistant United States Attorney